# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Cr. No. H-09-307 |
| § | |
| EHAB ASHOOR § | |

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the Government provides the defendant and this Honorable Court notice of the Government's intent to call during the trial of its case-in-chief the witnesses listed below that may be categorized as "expert witnesses" under the Federal Rules of Evidence.

1. **Guoxing Zhao, Engineer, Finisar Corporation:** Mr. Zhao will testify regarding the physical comparison made between ten of the counterfeit GLC-LH-SM products that were purchased by the defendant from Hong Kong and intercepted by Customs in Chicago with a genuine Cisco GLC-LH-SM product, which Finisar Corporation manufactures for Cisco, including how the serial numbers, mechanical properties, communication systems and branding attributes differ between the counterfeit and genuine products. Mr. Zhao's report has been provided to defense counsel and the Government will forward his CV upon receipt.

2. **Gloria Barraza, Applications Engineer, Avago Technologies:** Ms. Barraza will testify regarding the physical comparison made between ten of the counterfeit WS-G5486 products that were purchased by the defendant from Hong Kong and intercepted by Customs in Chicago with a genuine Cisco WS-G5486 product, which Avago Technologies manufactures for Cisco, including how the labeling, memory content and shield/casing attributes differ between the counterfeit and genuine products. Ms. Barraza's report has been provided to defense counsel and the Government will forward her CV upon receipt.

      Respectfully submitted,

      TIM JOHNSON
      United States Attorney

By:   s/ Jason Varnado
      Jason Varnado
      Assistant United States Attorney
      P.O. Box 61129
      Houston, Texas 77208
      State Bar No. 224034722
      Tel: (713) 567-9617
      Fax: (713) 718-3300

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Government's Notice of Expert Testimony was filed electronically and served via Notice of Electronic Filing and E-Mail on counsel for the defendant as noted below on December 24, 2009.


**Via E-Mail:** mcnabb@mcnabbassociates.com
Mr. Douglas McNabb
Attorney at Law
*Counsel to Ehab Ashoor*


            By:  s/ Jason Varnado
               Jason Varnado
               Assistant U. S. Attorney