```
HONORABLE   D                                      PRESIDING
DEPUTY CLERK E. Alexander      RPTR: Gayle Dye
LAW CLERK Sara Hilkemann       USPO
INTERPRETER                    TIME SET  10:00  a.m.
A.M.(begin) 10:15 and 1:00   P.M.(begin) 2:15   end) 4:00    DATE: 1/12/10
```

                              CR. NO. H-09-307     DEFT NO. 1

| UNITED STATES OF AMERICA | S | Varnado/Costa | AUSA |
| --- | --- | --- | --- |
| | S | | |
| vs. | S | | |
| Ehab Ashoor | S | Eric Ferrari/Douglas ( )CJA | |
| | | McNabb (R) | |

===============================================================================

2<sup>nf</sup> **DAY OF JURY TRIAL**

```
___kowarr..   Deft_____ failed to appear, bench warrant to issue.
___kvdirbgn   Voir dire begins    ___kbntrlbgn  Bench trial begins
___.........  Jury impaneled
 X  kjytrl..  Jury trial held     ___kbntrl Bench trial held
 X  .........  X Govt evidence presented   ___ Deft evidence presented.
 X  kdm.      Deft_____ motion for Judgment of Acquittal ___granted
              X denied
___kdm.....   Deft_____ motion_____  ___granted ___denied.
___kdm.....   Deft motion _____ ___granted ___denied.
___kgm.....   Govt motion_____ ___granted ___denied.
___kgm.....   Govt motion_____ ___granted ___denied.
___kgm.....   Govt motion_____ ___granted ___denied.
___kmadv...   Deft_____ motion_____ taken under advisement.
___kdoralm.   Deft_____ motion_____ ___granted ___denied.
 X  .........  Evidence concluded  _____......Final arguments
___.........  Court's charge to the jury
___.........  Jury deliberating
___kjyv....   Jury verdict _____ counts  - guilty
___kctv....   Court verdict___guilty/cts_____ ___not guilty/cts_____
___.........  Trial ends
___kodiscl.   Order for PSI, Disclosure and Sentencing dates entered.
___ksen....   Sentencing set_____ at_____
 X  ko.(bnd)  Bond  X continued or _____ revoked.
___ko.(bnd)   Deft bond ___set to $_____ ___cash ___surety ___10% ___PR.
___kgoralm.(rmd) Govt oral motion to remand deft to custody pending sentencing
                      _____ granted _____ denied.
___kloc.(LC)  Deft **REMANDED** to custody.
___kdoralm.(rmn.) Deft oral motion to remain on bond pending sentencing
                      _____ granted _____ denied.
OTHER PROCEEDING: Jury trial held and continued to 1/13/10 at 10:30 a.m.
 Witnesses:   Corbin Wickman        Daniel Nugent
              Guoxing Zhao          Gloria Barraza
```

          Copies to:    File
                        CJA Liaison (appointed cases only)