# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 08, 2010

United States Courts
Southern District of Texas
FILED

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

SEP 1 4 2010

No. 10-20354   USA v. Ehab Ashoor
USDC No. 4:09-CR-307-1

Clerk of Court

The court has granted the motion to supplement the record in this case with the January 7, 2010 pretrial conference transcript.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7709

Mr. David J. Bradley
Mr. Erich C. Ferrari
Mr. Douglas Craig McNabb
Mr. James Lee Turner

**P.S. To U.S. District Court: The supplemental notice of certified record is due within 15 days from the date of this notice.**

*Motion Notice - MOT-2*